**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHAWN GIBSON,

                  Plaintiff,

-v-

ANDREW SAUL,
Commissioner of Social Security,
                  Defendant.
-----------------------------------------------------------X

20 **CIVIL** 5115 (MKV)(SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 11, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         February 12, 2021

                                        **RUBY J. KRAJICK**

                                        Clerk of Court
                BY:

                                        **Deputy Clerk**