UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────

**SHAWN GIBSON,**

                **Plaintiff,**          1:20-cv-05115-MKV-SN

**v.**                                 **Notice of Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act,** 28 U.S.C.A. § 2412 (West)

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

───────────────────────────────

**COUNSEL:**

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Howard D. Olinsky, attorney for Plaintiff, and other papers, Plaintiff will make a motion before the Court on a date to be set by the court, for an order:

1. Awarding an Equal Access to Justice Act Counsel Fee for $1,366.43; and

2. Awarding expenses in the amount of $17.25; and

3. Awarding costs in the amount of $400.00;

4. If Plaintiff has no debt registered with the Department of Treasury subject to offset that the fees be made payable to the attorney.

Plaintiff's attorney, Howard D. Olinsky, moves the court for an award to be paid by Defendant under the Equal Access to Justice Act, 28 U.S.C.A. § 2412.

There are no special circumstances in this case which make an award under the EAJA unjust.

This motion is supported by an affirmation of Plaintiffs attorney, attached time and cost records and a Waiver of Direct Payment by Plaintiff.

Executed this May 11, 2021

                                              Respectfully submitted,

                                              */s/ Howard D. Olinsky*
                                              Howard D. Olinsky, Esq.
                                              Counsel for Plaintiff
                                              Olinsky Law Group
                                              250 South Clinton St., Suite 210
                                              Syracuse, NY 13202
                                              Telephone: 315-701-5780
                                              Facsimile: 315-701-5781
                                              Email: fedct@windisability.com

---

**Granted. SO ORDERED.**

Date: May 13, 2021
New York, New York

                              *Mary Kay Vyskocil*
                              Mary Kay Vyskocil
                              United States District Judge